UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ICS/PENETRON INTERNATIONAL **LTD.**,

        Plaintiff,

-v-                                                  ORDER OF DISMISSAL
                                                        CV-04-1318(TCP)

WYKE, et al.

        Defendants.
----------------------------------------------------------X

        IT IS HEREBY ORDERED, having been advised by the parties on February 20, 2007 that the above case has settled, the case is dismissed.

        IT IS FURTHER ORDERED should the settlement not be consummated the Court will reopen the case upon receipt of letter from counsel so requesting.

        The Clerk of the Court is directed to mark this case closed.

                                                                        /s/
                                                                Thomas C. Platt
                                                                U.S. District Judge

Dated: Central Islip, NY
        February 26, 2007